UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHARLES PINKINS, | No. 17 CR 150-1<br><br>Judge Andrea R. Wood |

**DEFENDANT PINKINS' MOTION FOR IMMEDIATE
RELEASE PENDING SENTENCING**

Defendant Charles Pinkins, through his undersigned attorney, respectfully moves for immediate release from custody pending sentencing in light of the urgent health COVID-19 emergency, the deteriorating conditions at the Metropolitan Correctional Center (MCC) where Mr. Pinkins is currently housed, and Mr. Pinkins' underlying health conditions, which make him particularly susceptible to the COVID-19 disease and its potentially fatal consequences.

In further support of this motion, he states as follows:

1. Mr. Pinkins pled guilty to conspiracy to distribute heroin and was originally scheduled to be sentenced on April 10, 2020. (Dkt. #320.) That sentencing was continued due to the Seconded Amended General Order 20-0012 IN RE: CORONAVIRUS COVID-19 PUBLIC EMERGENCY, and is now tentatively scheduled for July 1, 2020. (Dkt. ##320, 341; email from Courtroom Deputy dated April 16, 2020.)

2. Since his arrest in March 2017, Mr. Pinkins has been housed at the MCC in Chicago.

3. Counsel learned this morning that the Bureau of Prisons is now reporting that 12 inmates and 14 staff at the MCC in Chicago have tested positive for COVID-19. To date, the BOP reports that nearly 500 federal inmates have tested positive and 22 have died. *See* https://www.bop.gov/coronavirus (last visited April, 20, 2020 at 11:00 a.m.)

4. Those numbers are sure to increase significantly in the coming hours, days, and weeks as the virus continues to spread in BOP facilities, including the MCC.

5. Due to Mr. Pinkins' underlying health conditions, he is particularly at risk of contracting the COVID-19 disease, becoming seriously ill from the virus, and dying from the virus.

6. As noted in the PSR, Mr. Pinkins has been diagnosed by the medical staff at the MCC with hypertension. (Dkt. #332, PSR ¶ 123.)

7. According to a medical research paper posted by the National Institutes of Health, people such as Mr. Pinkins who have been diagnosed with hypertension are 2.5 times more likely to suffer severe illness from the COVID-19 disease and also 2.5 times more likely to die from the COVID-19 disease. (https://www.ncbi.nlm.nih.gov/pubmed/32231171, "Hypertension and its severity or mortality in Coronavirus Disease 2019 (COVID-19): a pooled analysis.")

8. In light of the current spread of the virus at the MCC, and the specific vulnerability of Mr. Pinkins to the virus, the continued detention of Mr. Pinkins poses substantial and unwarranted risks to his health and safety.

9. There are ample conditions to ensure the appearance of the defendant and the safety of the community during the period in which the COVID-19 disease continues to pose such dire health risks.

10. Mr. Pinkins' long-time girlfriend, Krystle Presley, is willing to serve as third-party custodian and have Mr. Pinkins reside with her at her residence in Maywood, Illinois. Mr. Pinkins could be subject to home incarceration with electronic monitoring and other conditions deemed appropriate by the Court.

WHEREFORE, Defendant respectfully requests that the Court immediately release Mr. Pinkins from custody pending sentencing.

Respectfully Submitted,

/s/ *Douglas E. Whitney*
Douglas E. Whitney
DOUGLAS WHITNEY LAW
OFFICES LLC
321 N. Clark Street, Suite 1301
(P)  312-279-0510
(F)  312-277-6620
doug.whitney@dwlollc.com

*Attorney for Defendant Charles Pinkins*

# **CERTIFICATE OF SERVICE**

I hereby certify that on April 20, 2020, in accordance with LR5.9 and Fed. R. Crim. P. 49(e), I electronically filed the foregoing DEFENDANT PINKINS' MOTION FOR IMMEDIATE RELEASE PENDING SENTENCING with the Clerk of the Court using the CM/ECF system, which will send notification of such filing all counsel of record at their e-mail addresses on file with the Court.

*/s/ Douglas E. Whitney*
Douglas E. Whitney