UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
|     Plaintiff | ) | |
| | ) | |
| v. | ) | No. 18 CR 695 |
| | ) | |
| Victor NICHOLS | ) | |
|     Defendant | ) | |

## DEFENDANT VICTOR NICHOLS' EMERGENCY MOTION FOR RELEASE FROM CUSTODY

Defendant Victor NICHOLS, by his attorney, Amir Mohabbat, hereby moves as follows:

Mr. Nichols is in pre-trial custody at the MCC. The undersigned learned from Mr. Nichols' girlfriend that Mr. Nichols has been diagnosed with COVID-19 and that he is ill. The undersigned does not have access to Mr. Nichols's medical records and does not know what treatment is being rendered to Mr. Nichols. This motion seeks an order whereby Mr. Nichols would be granted pre-trial release so he can get proper medical treatment outside of jail and to recover at his mother's home, subject to the below referenced conditions.

This court is subject to the March 30, 2020 SECOND AMENDED GENERAL ORDER 20-0012 in light of the ongoing COVID-19 pandemic. The undersigned has reached out to the Government and does not yet know the Government's position on this motion.

If this motion is granted, Mr. Nichols will be released to the 3rd party custodianship of his mother, Shelia Woods, whereby he would reside at 520 W. Pearson Street, Chicago, IL 60610

Mr. Nichols also proposes to be subject to:

- Home confinement with the exception of medical care;

- The defendant must not violate federal, state, or local law while on release;

1

- The defendant must cooperate in the collection of a DNA sample if it is authorized by 42 U.S.C. § 14135a;

- The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number;

- The defendant must appear in court as required;

- The defendant must sign an Appearance Bond, if ordered;

- The defendant must not obtain a passport or other international travel document;

- The defendant must avoid all contact, directly or indirectly, with any person who is or may be a witness in the investigation or prosecution;

- The defendant must not possess a firearm, destructive device, or other weapon;

- The defendant must not use alcohol;

- The defendant must not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner;

- The defendant must submit to location monitoring;

Mr. Nichols consents to appear at a hearing of this motion via telephone.

WHEREFORE, defendant Nichols respectfully requests that this court enter an order that grants the pre-trial release sought herein.

Dated: April 22, 2020

Respectfully submitted,

/s/ Amir Mohabbat

Amir Mohabbat
The Chicagoland & Suburban Law Firm, P.C.
248 S. Marion St., #104

Oak Park, Illinois 60302
Telephone: (815) 501-1345
amir@chicagolandlawfirm.com

Attorney for Defendant NICHOLS.

PROOF OF SERVICE

I, Amir Mohabbat, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date.

April 22, 2020

                                                                              /s/ Amir Mohabbat