

## Summary Reentry Plan - Progress Report
Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: JANSEN, CHRISTOPHER A   30203-424

SEQUENCE: 00175028
Report Date: 04-21-2020



| | | | |
|---|---|---|---|
| Facility: | ELK  ELKTON FCI | Custody Level: | OUT |
| Name: | JANSEN, CHRISTOPHER A | Security Level: | MINIMUM |
| Register No.: | 30203-424 | Proj. Rel Date: | 12-13-2021 |
| Quarters: | H08-052L | Release Method: | GCT REL |
| Age: | 67 | DNA Status: | CCC05645 / 01-18-2017 |
| Date of Birth: | | | |

### Contact Information
Release contact & address
█████████ WIFE
█████████████████, IL 60175
US
phone (mobile) : ████████████

### Offenses and Sentences Imposed

| Charge | Terms In Effect |
|---|---|
| 18:1343 WIRE FRAUD CT 1;26:7201 TAX EVASION CT 2 | 70 MONTHS |

Date Sentence Computation Began:   12-28-2016
Sentencing District:   ILLINOIS, NORTHERN DISTRICT

| Days FSGT / WSGT / DGCT | Days GCT or EGT / SGT | Time Served | + Jail Credit  - InOp Time |
|---|---|---|---|
| 0 /   0 /   0 | 162 | Years: 3 Months: 3 Days: 29 | + 4   JC  - 0   InOp |

### Detainers

| Detaining Agency | Remarks |
|---|---|
| NO DETAINER | |

### Program Plans
Jansen arrived at the FSL on 5-25-2018.

### Current Work Assignments

| Facl | Assignment | Description | Start |
|---|---|---|---|
| ELK | C COMP AM | FSL COMPOUND ORDERLY AM | 12-01-2018 |

### Work Assignment Summary
FSL COMPOUND ORDERLY AM

### Current Education Information

| Facl | Assignment | Description | Start |
|---|---|---|---|
| ELK | ESL HAS | ENGLISH PROFICIENT | 02-09-2017 |
| ELK | GED HAS | COMPLETED GED OR HS DIPLOMA | 02-09-2017 |

### Education Courses

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| ELK CAD | C | FSL AIDS AWARENESS RPP<HN> | 06-06-2018 | 06-06-2018 |
| ELK FSL | C | FSL AIDS AWARENESS RPP<HN> | 02-23-2017 | 02-23-2017 |

### Education Information Summary
Jansen has his a COMPLETED GED OR HS DIPLOMA but has not completed as many programs as staff have requested.

### Discipline Reports



## Summary Reentry Plan - Progress Report
Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: JANSEN, CHRISTOPHER A  30203-424

SEQUENCE: 00175028
Report Date: 04-21-2020

| Hearing Date | Prohibited Acts |
|---|---|

*\*\* NO INCIDENT REPORTS FOUND IN LAST 6 MONTHS \*\**

### Discipline Summary
None clear conduct

### ARS Assignments

| Facl | Assignment | Reason | Start | Stop |
|---|---|---|---|---|
| ELK CAD M | A-DES | TRANSFER RECEIVED | 05-25-2018 | CURRENT |
| ELK FSL | A-DES | US DISTRICT COURT COMMITMENT | 02-07-2017 | 05-25-2018 |

### Current Care Assignments

| Assignment | Description | Start |
|---|---|---|
| CARE1 | HEALTHY OR SIMPLE CHRONIC CARE | 02-07-2017 |
| CARE1-MH | CARE1-MENTAL HEALTH | 02-09-2017 |

### Current Medical Duty Status Assignments

| Assignment | Description | Start |
|---|---|---|
| LOWER BUNK | LOWER BUNK REQUIRED | 10-29-2019 |
| NO PAPER | NO PAPER MEDICAL RECORD | 02-07-2017 |
| REG DUTY W | REGULAR DUTY W/MED RESTRICTION | 10-29-2019 |
| YES F/S | CLEARED FOR FOOD SERVICE | 02-07-2017 |

### Current PTP Assignments

| Assignment | Description | Start |
|---|---|---|

*NO ASSIGNMENTS*

### Current Drug Assignments

| Assignment | Description | Start |
|---|---|---|
| ED NONE | DRUG EDUCATION NONE | 02-08-2017 |

### Physical and Mental Health Summary
LOWER BUNK REQUIRED

### FRP Details

Most Recent Payment Plan

**FRP Assignment:** NO OBLG  FINANC RESP-NO  **Start:** 12-11-2019
**Inmate Decision:** AGREED  $25.00  **Frequency:** QUARTERLY
**Payments past 6 months:** $75.00  **Obligation Balance:** $269,878.00

**Financial Obligations**

| No. | Type | Amount | Balance | Payable | Status | |
|---|---|---|---|---|---|---|
| 1 | ASSMT | $200.00 | $50.00 | IMMEDIATE | REMITTED | |
| | Adjustments: | Date Added | Facl | Adjust Type | Reason | Amount |
| | | 12-17-2019 | ELK | REFUND | OVERPAYMT | $25.00 |
| | | 12-17-2019 | ELK | REFUND | OVERPAYMT | $25.00 |
| 2 | REST FV | $269,978.00 | $269,828.00 | IMMEDIATE | WAIT PLAN | |
| | Adjustments: | Date Added | Facl | Adjust Type | Reason | Amount |
| | | 12-12-2019 | ELK | PAYMENT | INSIDE PMT | $25.00 |

### Financial Responsibility Summary
Jansen has restitution $269,978.00. However, it is not due until he is on supervision.



| | | |
|---|---|---|
| **Summary Reentry Plan - Progress Report** | | SEQUENCE: 00175028 |
| Dept. of Justice / Federal Bureau of Prisons | | Report Date: 04-21-2020 |
| Plan is for inmate: JANSEN, CHRISTOPHER A  30203-424 | | |

**Release Planning**

▇▇▇▇▇▇
WIFE
▇▇▇▇▇▇▇▇▇▇
ST CHARLES, IL 60175 US
phone (mobile): ▇▇▇▇▇▇▇▇

**General Comments**

None



## Summary Reentry Plan - Progress Report
Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: JANSEN, CHRISTOPHER A 30203-424

SEQUENCE: 00175028
Report Date: 04-21-2020

Name: JANSEN, CHRISTOPHER A
Register Num: 30203-424
Age: 67
Date of Birth:
DNA Status: CCC05645 / 01-18-2017

_____
Inmate (JANSEN, CHRISTOPHER A, Register Num: 30203-424)

4-21-20
_____
Date

_____
Chairperson

_____
Date

_____
Case Manager

4-21-20
_____
Date