FILED
4/21/2020
TD
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

522

United States District Court
Northern District of Illinois

United States of America

v.

Lennie Perry          Case No. 18 CR 703
                              20 CV 1792

Supplemental Emergency Motion For Immediate Release Due To (Covid-19) Coronavirus Pandemic Statistically will Cause me Death If not Released

In Support of:

A) The Governor For Illinois is Commuting All Non-Violent Convictions due to the Pandemic And If It has not Already Have been Commuted, It will be once It is Realized A inmate with Respiratory Chronic Illness is to be Transferred back to the Illinois Department of Corrections. My Conviction is for Bribery And official Misconduct

B) Case No. 18 CV 02447; Is My

Case: 1:20-cv-01792 Document #: 582-1 Filed: 04/30/20 Page 2 of 6 PageID #:6330

case for Both State And Federal, concerning My Bad Treatment of My Chronic Medical Respiratory Illness with many other Chronic Illness like my High Blood Pressure And etc.

C) Statistically Covid-19 Has me at the Top For the Highest risk For Death:
  1) Respiratory Illness Already (sleep Apnea)
  2) Age 46
  3) Male
  4) Afro-American
  5) High Blood Pressure
  6) Chronic Arthris
  7) Chronic Conditions from gastric surgery Taking many medication for it

D) The Covid-19 virus is within the walls of MCC-Chicago, with Both officers And Inmates, And one inmate is not Physically doing very well.

E) The MCC Chicago Federal Defendants for Case No. 18CV02447 Before Honorable Judge John Robert Blakey, where I'm currently being held as a

Pre-Trial is Denying me Already Treatment for my Respiratory Illness currently since 03-14-2020; And refusing to do so by ordering a CPAP mask to use with CPAP machine; rendering me Sleep Deprivation that causes strokes, High Blood Pressure And Death without Covid-19, Putting much Stress on me physically already.

F) The 5th, 8th, 14th Amendments to the U.S. Constitution, Guarantees Protection of Life, Liberty, Equal Protection And to be free from Cruel And Unusal Punishment.

G) My State Case 14CR18627; is also back in State Court on Post-Conviction and If I were not Here without the commuution of my Sentence I would have been in the work Release Center.

H) Removal of Stay of Writ To Place me back within the Illinois Department of Correction, would bring the immediate Attention of me being in the Highest

category statistically for Covid-19 pandemic Deaths. And be released.

Wherefore, Plaintiff Prays this Court grants this Emergency Motion under the U.S. Constitution to save my life and be free from cruel And unusual punishment.

Respectfully Submitted,

Lennie H. Pey

Ennie Perry #53539424
Metropolitan Correctional Center
71 West Van Buren Street
Chicago, IL. 60605

United States District Court
219 South Dearborn Street
Chicago, IL. 60604

Legal Mail

METROPOLITAN CORRECTIONAL CENTER
71 W. VAN BUREN STREET
CHICAGO, IL 60605

A ☒ The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has neither been opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the materiel for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.

Date: 21 Apr 20