DATE REVIEWED: _12-2-19_

INSTITUTION: _LSCI Butner_     UNIT: _Granville A_

INMATE NAME: _Delvalle, Edwin_     REG NO: _31194-171_

FIRST STEP ACT (Circle One):    (ELIGIBLE) /    INELIGIBLE

RECIDIVISM RISK LEVEL (Circle One):    MINIMUM   (LOW)   MEDIUM   HIGH



DEFENDANT'S
EXHIBIT
A



### Individualized Reentry Plan - Program Review  (Inmate Copy)

Dept. of Justice / Federal Bureau of Prisons

SEQUENCE: 02001099
Team Date: 01-08-2020

Plan is for inmate: DELVALLE, EDWIN  31194-171

| | | | |
|---|---|---|---|
| Facility: | BUF  BUTNER LOW FCI | Proj. Rel. Date: | 03-07-2025 |
| Name: | DELVALLE, EDWIN | Proj. Rel. Mthd: | GCT REL |
| Register No.: | 31194-171 | DNA Status: | OKL05590 / 04-12-2016 |
| Age: | 42 | | |
| Date of Birth: | 12-13-1977 | | |

### Detainers

| Detaining Agency | Remarks |
|---|---|

NO DETAINER

### Current Work Assignments

| Facl | Assignment | Description | Start |
|---|---|---|---|
| BUF | FACL PAINT | FACILITIES PAINT DETAIL | 12-16-2019 |

### Current Education Information

| Facl | Assignment | Description | Start |
|---|---|---|---|
| BUF | ESL HAS | ENGLISH PROFICIENT | 04-12-2018 |
| BUF | GED EARNED | GED EARNED IN BOP | 08-01-2018 |

### Education Courses

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| BUF | C | HVAC 1 | 06-17-2019 | 12-12-2019 |
| BUF | C | MEDICINE BALL COURSE | 10-11-2019 | 12-06-2019 |
| BUF | C | SPANISH PERSONAL FINANCE | 02-13-2019 | 04-10-2019 |
| BUF | C | CORE M/T/W (12:30- 3:30) | 01-10-2019 | 06-05-2019 |
| BUF | C | SOFTBALL OFFICIATING CLASS | 02-20-2019 | 03-30-2019 |
| BUF | C | INTRODUCTION TO MUSIC | 12-16-2018 | 02-03-2019 |
| BUF | C | NON-RESIDENTIAL DAP GROUP | 09-04-2018 | 01-07-2019 |
| BUF | C | GED 930-1130 RM 117 M-F | 05-04-2018 | 08-01-2018 |
| BUF | C | DAY CLASS FOR DRUG EDUCATION | 06-18-2018 | 06-27-2018 |

### Discipline History (Last 6 months)

| Hearing Date | Prohibited Acts |
|---|---|

** NO INCIDENT REPORTS FOUND IN LAST 6 MONTHS **

### Current Care Assignments

| Assignment | Description | Start |
|---|---|---|
| CARE1-MH | CARE1-MENTAL HEALTH | 04-18-2018 |
| CARE2 | STABLE, CHRONIC CARE | 01-23-2018 |

### Current Medical Duty Status Assignments

| Assignment | Description | Start |
|---|---|---|
| LOWER BUNK | LOWER BUNK REQUIRED | 11-18-2019 |
| NO PAPER | NO PAPER MEDICAL RECORD | 04-02-2018 |
| REG DUTY | NO MEDICAL RESTR--REGULAR DUTY | 11-18-2019 |
| YES F/S | CLEARED FOR FOOD SERVICE | 11-18-2019 |

### Current Drug Assignments

| Assignment | Description | Start |
|---|---|---|
| DAP NO INT | DRUG ABUSE PROGRAM NO INTEREST | 06-01-2018 |
| ED COMP | DRUG EDUCATION COMPLETE | 06-27-2018 |
| NR COMP | NRES DRUG TMT/COMPLETE | 01-07-2019 |

### FRP Details

| Most Recent Payment Plan | | |
|---|---|---|

| | | | |
|---|---|---|---|
| FRP Assignment: | COMPLT | FINANC RESP-COMPLETED | Start: 04-06-2018 |
| Inmate Decision: | AGREED | $100.00 | Frequency: SINGLE |
| Payments past 6 months: | $0.00 | | Obligation Balance: $0.00 |
| Financial Obligations | | | |



DEFENDANT'S EXHIBIT B



**Individualized Reentry Plan - Program Review (Inmate Copy)**

Dept. of Justice / Federal Bureau of Prisons

SEQUENCE: 02001099
Team Date: 01-08-2020

Plan is for inmate: DELVALLE, EDWIN  31194-171

Most Recent Payment Plan

| No. | Type | Amount | Balance | Payable | Status |
|-----|------|--------|---------|---------|--------|
| 1 | ASSMT | $100.00 | $0.00 | IMMEDIATE | COMPLETEDZ |

*** NO ADJUSTMENTS MADE IN LAST 6 MONTHS ***

**Payment Details**

Trust Fund Deposits - Past 6 months:  $0.00         Payments commensurate ?   N/A

New Payment Plan:   | ** No data ** |

## Progress since last review

Inmate continues to work in the Facilities Department. Inmate completed HVAC 1.

## Next Program Review Goals

Unit Team recommends inmate enroll in HVAC 2 by 2-1-2020.

## Long Term Goals

Unit team recommends inmate obtain birth certificate and social security card by 3-7-2025.

## RRC/HC Placement

## Comments

Finance/Poverty Need Screen Is there documentation in the PSR of any of the following? _XX_ Any history of Bankruptcy __ No bank account __No assets nor liabilities noted in PSR _XX Debts noted in Credit Report or other sources __ Tax Liabilities/back taxes __ Unpaid alimony/child support __ other indications of lack of financial management skills (specify) YES _XXX __ NO _____ (if any of the above, check yes) If the answer is yes, the inmate has a financial/poverty skills need.



### Individualized Reentry Plan - Program Review  (Inmate Copy)

Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: DELVALLE, EDWIN  31194-171

SEQUENCE: 02001099
Team Date: 01-08-2020

|  |  |  |  |
|---|---|---|---|
| Name: | DELVALLE, EDWIN | DNA Status: | OKL05590 / 04-12-2016 |
| Register No.: | 31194-171 | | |
| Age: | 42 | | |
| Date of Birth: | 12-13-1977 | | |

---

Inmate    (DELVALLE, EDWIN. Register No.: 31194-171)

---

Date

---

Unit Manager / Chairperson

Case Manager

---

Date

Date

BP-A0148
JUNE 10

INMATE REQUEST TO STAFF CDFRM

U.S. DEPARTMENT OF JUSTICE                          FEDERAL BUREAU OF PRISONS

| TO:(Name and Title of Staff Member) Social Work | DATE: |
|---|---|
| FROM: | REGISTER NO.: |
| WORK ASSIGNMENT: | UNIT: |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.

I would like to be considered for a Reduction in Sentence (RIS). I meet the qualifications listed under: (circle one) Terminal Medical Condition, Debilitated Medical Condition, Elderly with Medical Conditions.

1. Identified caregiver, address and phone number

2. Any medical benefits received prior to being incarcerated

3. Name of facility for continuity of care

(It was denied)
5/13/2020
Form          by
              Social
              Worker

Filed
by
Edwin 4/29/20
              20

(Do not write below this line)

DISPOSITION:

| Signature Staff Member | Date |
|---|---|

Record Copy - File; Copy - Inmate

PDF                          Prescribed by P5511

This form replaces BP-148.070 dated OCT 86
and BP-S148.070 APR 94



DEFENDANT'S EXHIBIT C tabbies

FILE IN SECTION 6 UNLESS APPROPRIATE FOR PRIVACY FOLDER          SECTION 6

4/13/2020

To:
The Warden at Federal BOP Butner
FCI BUTNER LOW
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 999
BUTNER, NC  27509

From:
Tamika Del Valle
148 Ashton Circle
Lexington, SC 29073

Re: Edwin Del Valle-31194171

Dear Warden,

My name is Tamika Del Valle and my husband, Edwin Del Valle 31194171, is currently at one of the Federal BOP COVID hotspots, Butner.  Edwin is medically diagnosed with Polycythemia Vera Disease, which is a rare blood disease.  This disease is commonly known as a rare form of blood cancer.  He also has a Sleep Apnea disorder.  He uses a Continuous Positive Airway Pressure (CPAP) machine at night to help him breathe. This device can potentially spread droplets further than normal breathing, putting him at an increased risk of developing the virus. When using the machine, a Somnologist Specialist should be seen regularly.  The machine itself needs to be checked and cleaned as well as sanitized.  He has also dealt with, in the past, high blood pressure and at risk for type II diabetes. I appreciate the care that he is given but I fear with his rare blood disease (rare form of blood cancer)  Polycythemia Vera Disease, which compromises his immune system, and his Sleep Apnea Disorder, his use of a CPAP machine to breathe at night, if contracted with COVID 19 will cause him to become severely ill.  I also fear his inability to combat the COVID 19 due to his compromised immune system may also cause treatment to be difficult.

On the BOP website, it states families can help inmates with release plans for home confinement. In regards to a release plan for home confinement, If considered he would be released to a home that is owned by myself, his wife. Food and clothing will be available for him. I am financially able to care for him as well as myself and our son.  I have worked as an SC state employee for 3 years and as an educator for a total of 17 years. He has two sources of employment that will hire him (when the time is allowed)both employers know he has served

time in a federal prison. If needed, Edwin will have access to an insured registered vehicle for employment. I currently have medical and dental health insurance. He can be added to the insurance and/or additional medical insurance will be provided. We are 20 minutes away from specialists that can care for his disease and disorder. He will have access to a specialist to care for his Polycythemia Vera disease and a somnologist specialist that will care for his Sleep Apnea Disorder and a CPAP device will be available for him. These specialists are familiar with his illness and have treated him in the past. A family physician will also care for any other medical issues that may arise. We are 20 minutes away from a probation and/or US Marshall office in which transportation would be provided if needed. Home Family therapy will be available to assist with the transition. If released to home confinement I, Tamika Del Valle (his wife, an approved person on his list) will provide transportation to our home in which he would serve his home confinement. I am a licensed driver with a South Carolina valid DL. I am a South Carolina resident, a South Carolina state employee with no criminal past. There are no firearms or illegal substances in our home. We are part of a faith based support system. Our family attends the Harvest, a non-denominational church in Lexington, SC. Our church is 18 minutes from our home. Edwin attended this church prior to his conviction and has numerous men that will also provide support to help with his transition. These men wrote character letters on his behalf prior to his conviction and continue to vow their support. Our church has a great online learning, online weekly service, and online men's support group that he can attend. Edwin can continue his HVAC certification with online and class courses that are available from PennFoster College, Midland Tech. etc. I am able to provide any additional information and documentation that is needed, such as but not limited to my Blue Cross Blue Shield health insurance policy number, mortgage statement, check stub, valid license, car insurance and registration, Lexington Medical Center specialist information, family therapist, church groups, etc. I can also have a home telephone number installed. I greatly appreciate your consideration and time. Please consider my husband's release plan for home confinement. I am fearful of the COVID 19 attacking his already compromised immune system.

Thank you for your time and consideration,
Tamika Del Valle

4/13/2020

To:
Counselor Reese at Federal BOP Butner
FCI BUTNER LOW
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 999
BUTNER, NC  27509

From:
Tamika Del Valle
148 Ashton Circle
Lexington, SC 29073

Re: Edwin Del Valle-31194171

Dear Counselor Reese,

My name is Tamika Del Valle and my husband, Edwin Del Valle 31194171, is currently at one of the Federal BOP COVID hotspots, Butner.  Edwin is medically diagnosed with Polycythemia Vera Disease, which is a rare blood disease.  This disease is commonly known as a rare form of blood cancer.  He also has a Sleep Apnea disorder.  He uses a Continuous Positive Airway Pressure (CPAP) machine at night to help him breathe. This device can potentially spread droplets further than normal breathing, putting him at an increased risk of developing the virus. When using the machine, a Somnologist Specialist should be seen regularly.  The machine itself needs to be checked and cleaned as well as sanitized.  He has also dealt with, in the past, high blood pressure and at risk for type II diabetes. I appreciate the care that he is given but I fear with his rare blood disease (rare form of blood cancer)  Polycythemia Vera Disease, which compromises his immune system, and his Sleep Apnea Disorder, his use of a CPAP machine to breathe at night, if contracted with COVID 19 will cause him to become severely ill.  I also fear his inability to combat the COVID 19 due to his compromised immune system may also cause treatment to be difficult.

On the BOP website, it states families can help inmates with release plans for home confinement. In regards to a release plan for home confinement, If considered he would be released to a home that is owned by myself, his wife. Food and clothing will be available for him. I am financially able to care for him as well as myself and our son.  I have worked as an SC state employee for 3 years and as an educator for a total of 17 years. He has two sources of employment that will hire him (when the time is allowed)both employers know he has served

time in a federal prison.  If needed, Edwin will have access to an insured registered vehicle for employment. I currently have medical and dental health insurance.  He can be added to the insurance and/or additional medical insurance will be provided. We are 20 minutes away from specialists that can care for his disease and disorder.  He will have access to a specialist to care for his Polycythemia Vera disease and a somnologist specialist that will care for his Sleep Apnea Disorder and a CPAP device will be available for him. These specialists are familiar with his illness and have treated him in the past.  A family physician will also care for any other medical issues that may arise.  We are 20 minutes away from a probation and/or US Marshall office in which transportation would be provided if needed.  Home Family therapy will be available to assist with the transition. If released to home confinement I, Tamika Del Valle (his wife, an approved person on his list) will provide transportation to our home in which he would serve his home confinement.  I am a licensed driver with a South Carolina valid DL.  I am a South Carolina resident, a South Carolina state employee with no criminal past.  There are no firearms or illegal substances in our home.  We are part of a faith based support system. Our family attends the Harvest, a non-denominational church in Lexington, SC. Our church is 18 minutes from our home.  Edwin attended this church prior to his conviction and has numerous men that will also provide support to help with his transition. These men wrote character letters on his behalf prior to his conviction and continue to vow their support. Our church has a great online learning, online weekly service, and online men's support group that he can attend. Edwin can continue his HVAC certification with online and class courses that are available from PennFoster College, Midland Tech. etc. I am able to provide any additional information and documentation that is needed, such as but not limited to my Blue Cross Blue Shield health insurance policy number, mortgage statement, check stub, valid license, car insurance and registration, Lexington Medical Center specialist information, family therapist, church groups, etc.  I can also have a home telephone number installed. I greatly appreciate your consideration and time. Please consider my husband's release plan for home confinement.  I am fearful of the COVID 19 attacking his already compromised immune system.

Thank you for your time and consideration,
Tamika Del Valle



**U.S. Department of Justice**
Federal Bureau of Prisons

*Low Security Correctional Institution*
*Butner, North Carolina 27509*

May 4, 2020

Tamika Del Valle
148 Ashton Circle
Lexington, SC 29073

RE: DEL VALLE, Edwin
    Reg. No.: 31194-171

Dear Ms. Del Valle:

This in response to your letter dated April 13, 2020, regarding Edwin Del Valle, an inmate confined at the Low Security Correctional Institution, Butner, North Carolina. In your letter, you request the Bureau of Prisons consider the release of Mr. Del Valle to home confinement or compassionate release, due to grave health concerns surrounding the Coronavirus pandemic.

The Bureau of Prisons staff are carefully reviewing cases based on guidance from Attorney General Barr. Staff are reviewing, for home confinement eligibility, the cases of inmates who have several discretionary factors to include age and vulnerability to COVID-19; security levels to include low and minimum; conduct in prison; existing terminal and debilitated medical conditions and/or who are elderly and have served two-thirds of the term of imprisonment, as indicated in the current agency policy for Home Confinement under the First Step Act.

While we cannot share the specifics of Mr. Del Valle's case with you based on medical privacy laws, we reviewed your request and provided a response directly to Mr. Del Valle.

Sincerely,

Tamara S. Lyn
Warden

DEFENDANT'S
EXHIBIT
D

*U. S. Department of Justice*
*Federal Bureau of Prisons*

*Inmate Request to Staff Member - RESPONSE*
*LSCI Butner, North Carolina*

TO:            Del Valle, Edwin
Register No:   31194-171
Unit:          Granville A


This is in response to a correspondence dated April 13, 2020, in which your spouse requests early home confinement on your behalf.

All requests for home confinement should be initially submitted to your Unit Team for review and processing.

Guidance regarding Reduction in Sentence (RIS) criteria and requests for early home confinement are posted in the housing units.

I trust this addresses your concerns.


_____                    _5/6/2020_
Tamara S. Lyn, Warden                       Date



**GED**
TESTING SERVICE™

VERIFIED OFFICIAL GED® TRANSCRIPT IN PDF FORMAT ONLY

# OFFICIAL GED® TRANSCRIPT

Issued by the GED Testing Service as of **08/01/2018**

*Martin D. Kehe*
Martin Kehe
Vice President, Assessment Services

## CANDIDATE INFORMATION

**LAST NAME:** DELVALLE
**ADDRESS:** PO Box 999
**CITY:** Butner
**ID NUMBER:** 20180522-8662-9771
**TESTING JURISDICTION:** Federal Bureau of Prisons

**FIRST NAME:** EDWIN
**ADDRESS2:**
**STATE:** NC
**DATE OF BIRTH:** 12/13/1977
**PASS DATE:** 08/01/2018

**MIDDLE:**

**POSTAL CODE:** 27509

**COUNTRY:** US
**PHONE:** 9195755000

Click on a test subject area or performance level for more detailed information

## TEST RESULTS

| | LANGUAGE | DATE | SCORE* | PERFORMANCE LEVEL | STATUS | PERCENTILE RANK |
|---|---|---|---|---|---|---|
| Mathematical Reasoning | English | 07/03/2018 | 152 | GED® | PASS | 39 |
| Reasoning Through Language Arts | English | 08/01/2018 | 150 | GED® | PASS | 30 |
| Social Studies | English | 07/03/2018 | 153 | GED® | PASS | 37 |
| Science | English | 06/22/2018 | 156 | GED® | PASS | 50 |
| | | **TOTAL** | **611** | | **OVERALL** | |
| | | | | | **PASS** | |

* The scores on the report are the highest scores achieved by the candidate and not necessarily the most recent. If retest scores are lower than scores previously achieved, the retest scores are not reported.

To learn more about score scales and content descriptions please visit www.GEDtestingservice.com/transcriptinfo

## Order additional transcripts from www.GED.com

Official transcript issued under the auspices of GED Testing Service.
GED® and GED Testing Service® are registered trademarks of the American Council on Education.
They may not be used or reproduced with the express written permission of ACE or GED Testing Service.
The GED® and GED Testing Service® brands are administered by GED Testing Service LLC under license from the American Council on Education.

Copyright © 2013 GED Testing Service LLC. All rights reserved.

DEFENDANT'S EXHIBIT
E

# Office of the State Superintendent of Education

This Certifies That

## EDWIN DEL VALLE

having satisfactorily completed the Tests of General Educational Development

with scores comparable to those of high school graduates,

is hereby awarded this

## High School Equivalency Credential

and is entitled to all the Rights and Privileges appertaining thereto.

In witness whereof our names are hereto affixed, this the

1st Day of August, 2018

Hanseul Kang
State Superintendent of Education

Antoinette S. Mitchell, Ph.D.
Assistant Superintendent
Postsecondary and Career Education

Philip L. PremDas
GED Administrator



District of Columbia
Office of the State
Superintendent of Education

GOVERNMENT OF THE DISTRICT OF COLUMBIA
MURIEL BOWSER, MAYOR



# Certificate of Completion

On the 19th day of September 2018, LSCI Butner, N.C. awards

## Edwin Delvalle

This Certificate for participation in and completion of all requirements for:

## GED

_M. Henriquez_
Education Supervisor



# Certificate of Completion

This certifies that

*Edwin Del Valle*

Has successfully completed the required course of study approved by the
Department of Education for:

FINANCIAS PERSONALES

_____
ACE Coordinator

_____
10 Abril 2019
Date



# NCCER

Board of Trustees confers upon

this certificate of completion for

## EDWIN DELVALLE

## Construction Site Safety Orientation

in the Standardized Craft Training Program
on this Fifth day of June, in the year 2019

Donald E. Whyte
President, NCCER



# NCCER

Board of Trustees confers upon

## EDWIN DELVALLE

this certificate of completion for

## Core Curriculum: Introductory Craft Skills

in the Standardized Craft Training Program
on this Fifth day of June, in the year 2019



*Donald E. Whyte*

Donald E. Whyte
President, NCCER





# NCCER

Board of Trustees confers upon

## EDWIN DELVALLE

This certificate of completion for
all levels of

## Core Curriculum

as part of the Standardized Craft Training Program
on this Fifth day of June, in the year 2019



Donald E. Whyte
President, NCCER



# CERTIFICATE OF TRAINING

THIS IS TO CERTIFY THAT

HAS SUCCESSFULLY COMPLETED THE TRAINING PROGRAM

## Edwin Delvalle

(NAME OF EMPLOYEE)

## Fall Protection Safety

TRAINING WAS COMPLETED ON

November 26, 2019
(DATE)

TRAINING WAS CONDUCTED BY

**C. ATKINSON**
(NAME OF INSTRUCTOR)

CERTIFIED BY

(SIGNATURE OF INSTRUCTOR)

**NATIONAL safety**
C O M P L I A N C E
www.osha-safety-training.net

# CERTIFICATE OF TRAINING

THIS IS TO CERTIFY THAT

## Edwin DeValle

(NAME OF EMPLOYEE)

HAS SUCCESSFULLY COMPLETED THE TRAINING PROGRAM

# Aerial and Scissor Lift Safety

TRAINING WAS COMPLETED ON

November 26, 2019

(DATE)

**NATIONAL Safety**
COMPLIANCE
www.osha-safety-training.net

TRAINING WAS CONDUCTED BY

**C. ATKINSON**

(NAME OF INSTRUCTOR)

CERTIFIED BY

(SIGNATURE OF INSTRUCTOR)



# NCCER

Board of Trustees confers upon

*Edwin Delvalle*

this certificate of completion for

## HVAC Level One

in the Standardized Craft Training Program
on this Sixteenth day of December, in the year 2019



Donald E. Whyte
President, NCCER



**OSHA**

Occupational Safety
and Health Administration

18-00604653g

This card acknowledges that the recipient has successfully completed:

10-hour Construction Safety and Health

This card issued to:

EDWIN DEVALLE

ANTHONY GREGORY
Trainer Name

07/11/2019
Date of Issue



# CERTIFICATE OF COMPLETION

This is to recognize

## Edwin DeValle

#31194-171

For successfully completing the

# NON-RESIDENTIAL DRUG ABUSE PROGRAM

August 2018

F. Reaves

Drug Abuse Treatment Specialist, FCC Butner



# Certificate of Completion

Presented to

**Edwin Delvalle #31194-171**

For successfully completing the

**Drug Abuse Education Course**

The Drug Abuse Education Course is a minimum of 12 hours. The goal of this program is to help the offender to make an accurate evaluation of the consequences of his alcohol/drug use and consider the need for treatment.

F. Reaves, Drug Abuse Treatment Specialist
LSCI Butner, NC

6/27/2018

Date



This CERTIFICATE of COMPLETION

Is presented to

FOR COMPLETING A SERIES ON "THE CASE FOR CHRIST".

6 Hours

Study & video from series by Lee Strobel & Dave Stotts.

Facilitators:

Date:



2018 SUMMER SPIN FIT 3

This certificate is hereby awarded to: E. Delvalle

COMPLETION

PRESENTED BY THE L.S.C.I BUTNER RECREATION DEPARTMENT

AWARDED

R. Byrd

Recreation Specialist



*Certificate of Achievement*

This award is presented to:

**E. DELVALLE**

**OF THE PADRES,**

**2018 C-LEAGUE 1ST PLACE PLAYOFF CHAMPIONS**

G. Smith, Recreation
Specialist

Sponsored by LSCI Recreation Department



*Certificate of Completion*

**Spin #3 Wellness Class**

**Fall 2018**

## Edwin Delvalle

In recognition of outstanding physical achievement and exceptional dedication to the idea of a sound mind in a strong body. My congratulations to you on this accomplishment.

*R. Barchiesi*     12/08/2018

R. Barchiesi, Recreation Specialist

Sponsored by the
LSCI Recreation Department



*Certificate of Completion*

THIS CERTIFICATE IS PRESENTED TO:

**EDWIN DELVALLE**

By the L.S.C.I. Butner Recreation Department

For completion of the 2019 Intro to Live Sound Reinforcement Class

*(Music Program Introduction) (Music Int)*

Awarded on this 11th day of February 2019 (03 hrs) **103%**

M. Crawford, Recreation Specialist

# CERTIFICATE OF COMPLETION

**AWARDED TO:**

**EDWIN DEVALLE**

**"YOUR SAFE"**

SOFTBALL UMPIRE CLASS

DATE: 3/30/2019

SIGNATURE: *D.R. PE'AY! REC. SPEC.*

# CERTIFICATE of ACHIEVEMENT

THIS ACKNOWLEDGES THAT

## E. DEL VALLE

HAS SUCCESSFULLY COMPLETED THE

LSCI BUTNER MEDICINE BALL

NOVEMBER 30TH, 2019

SIGNED, *Signatory Name, Signatory Title*

# CERTIFICATE of ACHIEVEMENT

THIS ACKNOWLEDGES THAT

## EDWIN DEVALLE

HAS SUCCESSFULLY COMPLETED THE

LSCI BUTNER BEGINNERS ABS

SEPTEMBER 05
2019

SIGNED, *Signatory Name, Signatory Title*