IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 19 CR 772 |
| v. | ) | |
| | ) | Judge Matthew F. Kennelly |
| DAQUAN PIERCE | ) | |

**EMERGENCY MOTION FOR RECONSIDERATION OF DETENTION ORDER**

Defendant DAQUAN PIERCE, by the Federal Defender Program and its attorney ROBERT D. SEEDER, respectfully moves this Court for release from custody on an unsecured bond with pretrial release conditions requiring, in part, a third party custodian and home detention with electronic monitoring.

Mr. Pierce is charged in the Northern District of Illinois with being a felon in possession of a firearm, in violation of 18 U.S.C. § 922 (g)(1). Mr. Pierce has been held in custody at the Metropolitan Correctional Center in Chicago since his removal from Missouri, where he was in custody for state charges involving illegal use of a card scanner and speeding. Mr. Pierce had secured bond in Missouri, but the bond was rescinded and increased after the court there learned of the federal detainer lodged against him. Mr. Pierce had a detention hearing before this Court on January 9, 2020, and was ordered detained. (Dkt. #20). An evidentiary hearing on Mr. Pierce's motion to suppress evidence is currently scheduled for July 20, 2020. None of the time Mr. Pierce has spent in federal custody at this time will be credited against a potential federal sentence as the State of Missouri, which had him in custody first, has first priority for use of credited time,

1

pursuant to Bureau of Prisons policy.

Mr. Pierce is requesting that the Court order his release based on the following proposed conditions and as a result of the COVID-19 pandemic that has engulfed the nation and the MCC. Should the Court order his release, he would be returned to Livingston County, Missouri, where his current state charges are pending. Mr. Pierce's counsel in Missouri has informed counsel that with the federal detainer being vacated, and Mr. Pierce being ordered released on bond in the Northern District of Illinois, the original bond of $35,000, secured by a 10% cash security would likely be reinstated. He has also indicated that the court in Missouri raised the bond, not only because of the federal detainer, but also due to the court's concern that if the original $3,500 bond remained while Mr. Pierce was removed to the Northern District of Illinois, Mr. Pierce would not be available for further court appearances in Missouri, requiring the forfeiture of the $3,500 cash security, which the court wanted to avoid.

Mr. Pierce's fiancé, Jamia Sewell, has offered to be a third party custodian and co-signor for an unsecured bond in this district. Ms. Sewell and Mr. Pierce have been involved for a number of years. She is a cosmetologist. Ms. Sewell's has a four year old daughter whom Mr. Pierce has helped raise. Ms. Sewell lives in Chicago.

Mr. Pierce also believes that the COVID-19 pandemic and its impact at the MCC is a factor the Court should consider in determining whether he should remain in custody while his case is pending. Although Mr. Pierce is healthy and has no underlying medical conditions that make more susceptible to COVID-19, he believes that the existence of the virus in the institution, despite the current numbers at that facility, place him at a higher medical risk due to the higher percentages of bad outcomes for African-Americans in the

2

community.

Additionally, since the protests began throughout the country over the George Floyd killing, BOP facilities, including the MCC in Chicago, have been in lockdown. Mr. Pierce suggests that these circumstances have resulted in unwarranted, harsher pretrial confinement. Mr. Pierce has not had any disciplinary problems within the MCC, yet is confined to a cell, without commissary and limited cleaning opportunities.

Although Mr. Pierce violated the bond in his Cook County case by traveling to Missouri, and being arrested there, he is a lifelong Chicago resident, and has significant family ties in this community. While his current federal charge is serious, it did not involve violence or any type of threat to the officers. He did not resist arrest and the officers' body worn camera video demonstrates that upon the stop of the vehicle, his hands were raised until he was taken out of the vehicle. He has a strong incentive to obey the conditions of release as he believes the evidence demonstrates that the initial stop of the vehicle he was driving in was illegal, as well as the search of his person after the impermissible stop. The proposed conditions, and the status of his current confinement at the MCC, permit the Court to find that are less restrictive conditions than detention that assure his future appearances in court and the safety of the community.

3

Wherefore, defendant Daquan Pierce respectfully requests that this Court enter an order permitting Mr. Pierce's release with the proposed conditions referenced above , as well as any other conditions required by the Court.

                                      Respectfully submitted,

                                      FEDERAL DEFENDER PROGRAM
                                      John F. Murphy
                                      Executive Director

                                    By: _Robert D. Seeder_
                                         Robert D. Seeder

ROBERT D. SEEDER
FEDERAL DEFENDER PROGRAM
Suite 2800
55 E. Monroe Street
Chicago, IL 60603
312/621-2034

# **CERTIFICATE OF SERVICE**

The undersigned, <u>Robert D. Seeder</u> an attorney with the Federal Defender Program hereby certifies that in accordance with FED.R.CRIM. P. 49, FED. R. CIV. P5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following document(s):

**EMERGENCY MOTION FOR RECONSIDERATION OF DETENTION ORDER**

was served pursuant to the district courts ECF system as to ECF filings, if any, and were sent by first-class mail/hand delivery on <u>June 10, 2020</u>, to counsel/parties that are non-ECF filers.

By: *<u>Robert D. Seeder</u>*
Robert D. Seeder

ROBERT D. SEEDER
FEDERAL DEFENDER PROGRAM
Suite 2800
55 E. Monroe Street
Chicago, IL 60603
312/621-2034

5