**FILED**

AUG 20 2020

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

IN THE DISTRICT COURT OF UNITED STATES,
NORTHERN DISTRICT OF ILLINOIS,
CRIMINAL DIVISION

DARRIUS CALHOUN,

    PLAINTIFF,

vs.

PEOPLE OF THE STATE OF ILLINOIS,

    DEFENDANT.

PRESIDING JUDGE:
MAG JUDGE:
CASE NO: 20-CV 01792

**EMERGENCY MOTION FOR RELEASE FROM PRETRIAL OR PRESENTENCE DETENTION UNDER 5TH AMENDED GENERAL ORDER (20-0012)**

PRO SE DEFENDANT DARRIUS CALHOUN (HEREAFTER "CALHOUN") BRINGS THIS MOTION AGAINST THE PLAINTIFF ALLEGING A VIOLATION OF RIGHTS SECURED BY BOTH THE 4th AND 8th AMENDMENTS TO THE U.S. CONSTITUTION; THAT IS; A VIOLATION OF RIGHT TO SPEEDY TRIAL AND CRUEL AND UNUSUAL PUNISHMENT EXPLAINED IN GREATER DETAIL BELOW. AS SUCH, CALHOUN OBJECTS TO PRETRIAL DETENTION AND ASKS THIS HONORABLE COURT TO ISSUE EMERGENCY INJUNCTIVE RELIEF IN THE FORM OF AN ORDER RELIEVING CALHOUN OF ANY MONETARY CONDITIONS OF HIS BAIL OR BOND IN CONNECTION WITH LAKE COUNTY CASE NO. 19-CF00001149 AND 19-CF00001792. ALSO, CALHOUN OBJECTS TO PRETRIAL DETENTION AND ASKS THIS HONORABLE COURT TO RELEASE HIM PURSUANT TO THE 5th AMENDED GENERAL ORDER (20-0012).

## JURISDICTION

1. JURISDICTION OF THIS COURT OVER CALHOUN'S CIVIL RIGHTS VIOLATION CLAIMS IS INVOKED PURSUANT TO TITLE 42 U.S.C. § 1983.

2. THE DEFENDANT IS 19 YEARS OLD AND PRESENTLY INCARCERATED ON HIS FIRST CASES WITH NO PRIOR CONVICTIONS. CALHOUN HAS ALSO NEVER BEEN RELEASED ON ONE'S OWN RECOGNANCE.

3. THE DEFENDANT WAS ARRESTED ON JUNE 14th 2020 AND HAVE BEEN CONTINUOSLY IN CUSTODY OF LAKE COUNTY JAIL SINCE THAT DATE.

4. BAIL HAS BEEN SET AT $500,000, WHICH AMOUNT IS EXCESSIVE FOR A 19 YEAR OLD IN THAT HE LACKS THE FUNDS OR MEANS TO MEET THE FINANCIAL REQUIREMENTS OF SET BAIL.

5. "MONETARY BAIL SHOULD BE SET ONLY WHEN IT IS DETERMINED THAT NO OTHER CONDITIONS OF RELEASE WILL REASONABLY ASSURE THE DEFENDANT'S APPEARANC IN COURT" AS STATED IN 725 ILCS 5/110-2

6. THE DEFENDANT CURRENTLY RESIDES AT 2318 GABRIEL AVE APT. 3 IN ZION, IL (60099), WHERE HE HAS RESIDED FOR 2 YEARS. IF RELEASED, THE DEFENDANT WOULD REMAIN WITHIN THE JURISDICTION OF THIS COURT AT THE ABOVE ADDRESS AND WOULD APPEAR IN COURT EACH AND EVERY TIME THIS CAUSE IS BEFORE COURT.

7. THE DEFENDANT IS AN UNPAID CARETAKER FOR HIS GRANDMOTHER, LAURA HOPKINS. IF THE DEFENDANT REMAINS IN CUSTODY, HIS GRANDMOTHER WILL STRUGGLE WITH SUPPORT AND RISK RECIEVING THE CORONAVIRUS WHEN HE IS RELEASED. HIS GRANDMOTHER IS 70 YEARS

OF AGE AND HAS AN EXCESSIVE AMOUNT OF HEALTH SEVERITIES THAT WOULD BE TOO EXCESSIVE TO LIST. CALHOUN ALSO LIVES WITH GRANDMOTHER.

8. THE OFFENSE(S) WITH WHICH THE DEFENDANT IS CHARGED PROVIDES, INTER ALIA, FOR THE POSSIBILITY THAT IF THE DEFENDANT WAS FOUND GUILTY AT TRIAL, HE COULD BE PLACED ON PROBATION.

9. THE DEFENDANT IS A PERSON OF MODEST MEANS AND AM UNABLE TO POST THE PRESENT BOND. HOLDING A DEFENDANT TO SUCH AN EXCESSIVE BAIL IS IN VIOLATION OF THE EIGHTH AMENDMENT TO THE U.S.C. AND 725 ILCS 5/110-5.

10. CALHOUN SUFFERS FROM MULTIPLE HEALTH CONDITIONS THAT WOULD HORRIFICALLY BE EFFECTED BY COVID-19 IF INFECTED BY THIS VIRUS. SOME OF THE CONDITIONS ARE EXPLAINED IN DETAIL BELOW:

11. THE DEFENDANT BEING BORN HAVING A HARD TIME TO BREATHE, FOLLOWING WITH CALHOUN DEALING WITH A LIFETIME OF COPD AND ASTHMA.

12. THE DEFENDANT BEING ADMITTED INTO STREAMWOOD BEHAVIORAL HOSPITAL DUE TO A SUICIDE ATTEMPT CAUSED BY THE PRESSURES OF SOCIETY. A DOCTOR AT STREAMWOOD BEHAVIORAL HOSPITAL DIAGNOSED CALHOUN WITH ANXIETY AND BIPOLAR DEPRESSION.

13. THE DEFENDANT'S BLOOD PRESSURE RECORDED ABNORMAL NUMBERS DURING CALHOUN'S STAY AT STREAMWOOD BEHAVIORAL HOSPITAL. NURSES AND DOCTORS AT THE HOSPITAL RAN EKG TESTS ON HIS HEART TO FIND OUT HIS HEARTBEAT WAS IRREGULAR.

14. DURING THE DEFENDANT'S DETAINMENT AT LAKE COUNTY JAIL, CALHOUN HAD HIS BLOOD PRESSURE TAKEN DURING INTAKE. FOR A WEEK PRIOR, HIS BLOOD PRESSURE PROCEEDED TO EXCEED NORMAL NUMBERS.

15. THE DEFENDANT HAS BEEN CONFINED CONTINUOSLY AROUND MULTIPLE INDIVIDUALS WHO HAVE EITHER CONTRACTED THE VIRUS, COVID-19, OR HAVE HAD MANY OF IT'S SYMPTOMS.

16. THE DEFENDANT'S MOTHER, THERESE SOLTI, HAS BEEN FIGHTING CANCER FOR OVER 19 YEARS. EVERY UNNECCESARY DAY IN CUSTODY IS A DAY STRIPPED FROM THE TIME CALHOUN CAN SPEND WITH HIS MOTHER BEFORE HER CANCER TAKES OVER HER BODY.

PAGES

WHEREFORE, PURSUANT TO THE FIFTH AMENDED GENERAL ORDER (20-0012), THE DEFENDANT OBJECTS TO PRE-TRIAL DETENTION AND ASKS THIS HONORABLE COURT TO ISSUE EMERGENCY INJUNCTIVE RELIEF IN THE FORM OF AN ORDER RELIEVING CALHOUN OF ANY MONETARY CONDITIONS OF HIS BAIL OR BOND. HOLDING CALHOUN FOR A LONGER AMOUNT OF TIME IS IN VIOLATION OF SECURED RIGHTS BY BOTH THE 4th AND 8th AMENDMENTS TO THE U.S. CONSTITUTION. HOLDING CALHOUN NEXT DOOR TO DEATH FOR NON-SEVERE OFFENSES IS CRUEL AND UNUSUAL PUNISHMENT. COVID-19 IS A SICKNESS IN WHICH SOCIETY DOESN'T KNOW THE GREATEST DETAIL ABOUT. THE ONE OF FEW THINGS KNOWN ABOUT THIS VIRUS IS IT IS VERY DEADLY. THE DEFENDANT FEARS FOR HIS HEALTH AND ASKS RESPECTFULLY THAT THIS HONORABLE COURT RELEASE HIM UNDER EMERGENCY RELIEF ON A LOCATION TRACKING ANKLE MONITOR OR SOME SORT, DUE TO THE RISING NUMBER OF DEATHS LINKED TO COVID-19 AND HIS HEALTH PROBLEMS.

RESPECTFULLY SUBMITTED,
DARRIUS CALHOUN (PRO SE)

x _Calhoun Darrius_

L# 167670 In LAKE COUNTY JAIL

P.O. BOX 38,
WAUKEGN, IL
60079-0038

PLEASE CONTACT ME AT ABOVE ADRESSES OR MY PUBLIC DEFENDER (JOHN RODASOVECH) AT PUBLIC DEFENDER'S OFFICE (15 COUNTY ST. WAUKEGAN, IL) 60085

Darrius Calhoun
L#167670
P.O. Box 38
Waukegan, IL
60079-0038

CAROL STREAM IL 601
17 AUG 2020 PM 2 L

2020 AUG 20 AM 11:43

08/20/2020-5

United States District
Circuit Clerk
219 South Dearborn St.
20th Floor
Chicago, IL 60604

SENT FROM A
CORRECTIONAL INSTITUTION



THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2019