UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
Eastern Division

EMERGENCY MOTIONS DURING
CORONAVIRUS COVID−19 PUBLIC EMERGENCY

                                      Plaintiff,

v.                                                  Case No.:
                                                  1:20−cv−01792
                                                  Honorable Rebecca R. Pallmeyer

                                      Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Thursday, September 10, 2020:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: Pursuant to the Sixth Amended General Order 20−0012, this emergency docket is closed. No additional fillings shall be made on this docket. All emergency filings must be filed on the civil or criminal case number. Civil case terminated. Notice mailed by judge's staff (ntf, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.